1001

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT DANIEL KING, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85-1-00128-4, Robert L. Charette, J., entered February 3, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL J. TROXA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-1-01625-8, D. Gary Steiner, J., entered November 20, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Worswick, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT L. DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84-1-00427-2, Leonard W. Kruse, J., entered July 8, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Alexander, J.